UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PENNY D. HILLA,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

Case No. 08-11633

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
MONA K. MAJZOUB

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [18], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [11], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15], and REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY FOR FURTHER PROCEEDINGS CONSISTENT WITH THE REPORT

On May 8, 2009, the Magistrate Judge issued a Report and Recommendation [18] recommending that Plaintiff's Motion for Summary Judgment [11] be denied, Defendant's Motion for Summary Judgment [15] also be denied, and that the case be remanded to the Commissioner of Social Security for proceedings consistent with the report.

No objections were filed. The Court has reviewed the record in this case.

The Report and Recommendation [18] of the Magistrate Judge is hereby **ADOPTED**, and is entered as the findings and conclusions of the Court. Accordingly,

    **IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [11] is **DENIED.**

    **IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [15] is also **DENIED.**

This case is hereby **REMANDED** to the Commissioner of Social Security for proceedings consistent with the Magistrate Judge's report.

    **SO ORDERED.**

        S/ARTHUR J. TARNOW
        Arthur J. Tarnow
        United States District Judge

Dated: June 29, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 29, 2009, by electronic and/or ordinary mail.

        S/FELICIA M. MOSES
        Relief Case Manager